UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joyce Dempsey,<br><br>        Plaintiff,<br><br>   v.<br><br>Raley's, et al.,<br><br>        Defendants. | No. 2:21-cv-02300-KJM-DB |
| Joyce Dempsey, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>Raley's, et al.,<br><br>        Defendants. | No. 2:21-cv-02354-KJM-DB |
| Joyce Dempsey, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>Raley's, et al.,<br><br>        Defendants. | No. 2:22-cv-01506-TLN-KJN |
| Joyce Dempsey,<br><br>        Plaintiff,<br><br>   v.<br><br>Raley's, et al.,<br><br>        Defendants. | No. 2:22-cv-01507-TLN-KJN<br><br>RELATED CASE ORDER |

Examination of the four actions in the caption above reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that Case Nos. 2:22-cv-01506-TLN-KJN and 2:22-cv-01507-TLN-KJN are reassigned from Judge Troy L. Nunley and Magistrate Judge Kendall J. Newman to the undersigned and to Magistrate Judge Deborah Barnes. The caption on documents filed in the reassigned cases shall use case numbers 2:22-cv-01506-KJM-DB and 2:22-cv-01507-KJM-DB.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: August 30, 2023.

CHIEF UNITED STATES DISTRICT JUDGE